**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ARC AIRBAG INFLATORS PRODUCTS**
**LIABILITY LITIGATION**                                            MDL No. 3051

**ORDER REASSIGNING LITIGATION**

The Panel is reassigning the above litigation to another judge in the Northern District of Georgia.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Steven D. Grimberg for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair